**STATE of Missouri, Respondent,**

v.

**Gary W. SCHNAKENBERG, Jr., Appellant.**

**No. WD 73335.**

Missouri Court of Appeals, Western District.

March 27, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 1, 2012.

Application for Transfer Denied July 3, 2012.

Kent Denzel, Columbia, MO, for Appellant.

Shaun Mackelprang, Jefferson City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., VICTOR C. HOWARD, and THOMAS H. NEWTON, JJ.

**ORDER**

PER CURIAM:

Mr. Gary W. Schnakenberg, Jr., appeals a conviction of first-degree statutory sodomy.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).